**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Robert McDOWELL, Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 18, 2004.
Decided Nov. 8, 2004.

Hugh J. Burns, Arnold H. Gordon, Lynne M. Abraham, Ronald Eisenberg, Philadelphia, Jonathan M. Levy, for Com. of PA, appellant.

Isla Ann Fruchter, John Packel, Philadelphia, for Robert McDowell, appellee.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice CASTILLE, Justice NEWMAN and Justice EAKIN dissent and would reach the merits of the case.